KING *against* BURR.

An *attorney*, or counsel of the Court, who is a party in a suit, has no *privilege* in regard to the *venue*.

THE defendant, in this cause, moved to change the *venue* from the county of *Dutchess* to the city of *New-York*, on the ground that he had material witnesses residing in the latter place; and, also, because, being an attorney and counsellor of the Court, and living in the city of *New-York*, he was privileged to have the *venue* where he resided, and where the Court was held; and such, he said, was the *English* practice.

*Oakley*, contra.

*Per Curiam.* We do not recognise any such privilege of attorneys or counsellors of this Court; but shall direct the *venue* to be changed or not, as it may be most convenient to the parties. The defendant, in this case, swears, that

he has material witnesses residing in the city of *New-York*; and the plaintiff's attorney swears, also, to witnesses on his part; but the plaintiff himself has made no affidavit. We grant the motion, on the ground of the defendant's affidavit, as to material witnesses for him in *New-York*.